NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HECKMANN BUILDING PRODUCTS, INC.,**
*Plaintiff-Appellant,*

AND

**MASONRY TIE SYSTEM, INC.,**
*Plaintiff,*

v.

**HOHMANN & BARNARD, INC.,**
*Defendant-Appellee,*

AND

**BLOK-LOK LIMITED,
DRISCOLL SALES & DISTRIBUTING, LLC,
AND LIGHTHOUSE MASONRY, INC.,**
*Defendants.*

---

2012-1521

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 10-CV-4262, Judge Morton Denlow.

---

**ON MOTION**

---

HECKMANN BUILDING PRODUCTS V. HOHMANN & BARNARD       2

## O R D E R

Heckmann Building Products, Inc. moves to dismiss this appeal due to a settlement of all issues.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

OCT 0 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David C. McLauchlan Esq.
    Keith A. Rabenberg, Esq.

s21

Issued As A Mandate:  OCT 0 3 2012